AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| DWAYNE SAMUEL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| DETECTIVE BRIAN W. HALL, Raleigh ) | **CASE NO. 5:11-CV-279-D** |
| Police Department, in his official and individual ) | |
| capacities, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the court GRANTS IN PART Defendant Hall's Motion for Summary Judgment as to Plaintiff Williams's Section 1983 claims [D.E. 38]. The court declines to exercise supplemental jurisdiction over Plaintiff Williams's state law claims and remands the action to Wake County Superior Court. The court DENIES Plaintiff's Motion to Amend the Complaint [D.E. 35] and DENIES Plaintiff's Motion to Strike [D.E. 52].

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JUNE 24, 2013**</u> WITH A COPY TO:

Eric L. Doggett (via CM/ECF electronic notification)
Gregory M. Kash (via CM/ECF electronic notification)
Dan M. Hartzog (via CM/ECF electronic notification)


| | |
|---|---|
| <u>June 24, 2013</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |